AO 451 (Rev. 01/09; DC 4/10)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| NANCY WORLEY, et al | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 12-2069 |
| THE ISLAMIC REPUBLIC OF IRAN, et al | ) |
| *Defendant* | ) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___04/18/2016___.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: ___03/08/2022___

ANGELA D. CAESAR, CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NANCY WORLEY, *et al.*,  )
Plaintiffs )
)
v. ) Civil Case No. 1:12-CV-02069 (RCL)
)
THE ISLAMIC REPUBLIC OF IRAN, )
*et al.*, )
Defendants )

## AMENDED ORDER AND JUDGMENT

In accordance with the Memorandum Opinion issued March 31, 2016 and the Order issued this date granting plaintiff's motion to alter this judgment, it is hereby

**ORDERED** that final judgment is entered in favor of all plaintiffs and against all defendants; it is further

**ORDERED** that plaintiffs are awarded $3,000,000 in compensatory damages, $53,800,000 in solatium damages, $201,516,659 in punitive damages, and $1,780,424 economic damages, for a total award of $260,097,083 to be distributed as follows:

| Plaintiff Name | Pain & Suffering | Solatium | Economic | Punitive |
|---|---|---|---|---|
| Mario H. Vasquez | $1,500,000 | $0 | $0 | $5,160,000 |
| Denny West | $0 | $3,000,000 | $0 | $10,320,000 |
| The Estate of John Chipura | $1,500,000 | $0 | $0 | $5,160,000 |
| Eileen Chipura | $0 | $500,000 | $0 | $1,720,000 |
| Nancy Chipura | $0 | $500,000 | $0 | $1,720,000 |
| Gerard Chipura | $0 | $500,000 | $0 | $1,720,000 |
| Susan Cohen | $0 | $500,000 | $0 | $1,720,000 |
| Estate of Roscoe Hamilton | $0 | $5,000,000 | $0 | $17,200,000 |
| Freda Sue Gayheart | $0 | $5,000,000 | $0 | $17,200,000 |
| Ramona Green | $0 | $2,500,000 | $0 | $8,600,000 |
| Robert Hamilton | $0 | $2,500,000 | $0 | $8,600,000 |
| James Edwards | $0 | $800,000 | $0 | $2,752,000 |
| Ray Edwards | $0 | $800,000 | $0 | $2,752,000 |
| Betty Sue Rowe | $0 | $800,000 | $0 | $2,752,000 |
| Gary Edwards | $0 | $800,000 | $0 | $2,752,000 |
| Ralph Edwards | $0 | $800,000 | $0 | $2,752,000 |
| Estate of Larry Edwards | $0 | $800,000 | $0 | $2,752,000 |
| Estate of David Worley | $0 | $0 | $950,000 | $3,268,000 |
| Nancy Worley | $0 | $8,000,000 | $0 | $27,520,000 |

| | | | | |
|---|---|---|---|---|
| David Worley | $0 | $3,000,000 | $0 | $10,320,000 |
| Bryan Worley | $0 | $3,000,000 | $0 | $10,320,000 |
| Estate of John Buckmaster | $0 | $0 | $830,424 | $2,856,658 |
| Esther Buckmaster | $0 | $5,000,000 | $0 | $17,200,000 |
| Gregg Buckmaster | $0 | $2,500,000 | $0 | $8,600,000 |
| Vickie Buckmaster | $0 | $2,500,000 | $0 | $8,600,000 |
| Arley Buckmaster | $0 | $5,000,000 | $0 | $17,200,000 |
| **Total:** | **$3,000,000** | **$53,800,000** | **$1,780,424** | **$201,516,659** |

It is further **ORDERED** that defendants shall be liable for the entire $260,097,083; it is furthermore

**ORDERED** that plaintiff's motion to dismiss the claims of the Estate of Richard Morrow and the Estate of Jane Chipura is **GRANTED**; it is furthermore

**ORDERED** the claims of Patricia Ulakovich and Karen Contrillo are hereby **DISMISSED** without prejudice, subject to the conditions set forth in the Memorandum Opinion issued March 31, 2016; it is further

**ORDERED** that plaintiffs shall forthwith, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Amended Order and Judgment and the Memorandum Opinion issued March 31, 2016 to defendants.

This is a final, appealable order.

**IT IS SO ORDERED**

Royce C. Lamberth
United States District Judge

DATE: 4/18/16

ECF DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
Date Filed: 4/18/2016
ANGELA D. CAESAR, CLERK
By:

2